No 3879.—Pueblo, apldo., *v.* Charles, aplte.—C. D. Ponce. Nov. 22, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, Alberto Charles apela de una sentencia que lo condena por haber alterado la paz pública.

Por cuanto, para el juicio de esa denuncia fué utilizada en el tribunal inferior la prueba que fué presentada en otro juicio celebrado contra el mismo Charles por el delito de por-

tar un revólver, que se encuentra en este Tribunal Supremo en la apelación No. 3880, resuelta el 26 de julio de 1929, y cuyo alegato se usa para la presente apelación;

POR CUANTO, la única alegación de error para esta apelación es que la sentencia es contraria a las pruebas y a derecho;

POR CUANTO, de la prueba aparece que los disparos de revólver hechos por el apelante en una vía pública en Guánica atrajeron al sitio a varias personas, produciendo así una alteración de la paz pública,

POR TANTO, debemos confirmar y por la presente confirmamos la sentencia que dictó la Corte de Distrito de Ponce con fecha 7 de febrero de 1929, en el caso arriba titulado.